Opinion delivered May 5, 1888.

## No. 5727.

## HOUSTON LYONS *v.* THE STATE.

DISTURBING RELIGIOUS WORSHIP—FACT CASE.—Allegations and proof must correspond to warrant a conviction in any criminal case.   See the statement of the case for the substance of evidence *held* insufficient to support a conviction for disturbing religious worship, inasmuch as it does not establish the disturbance (if at all) in the manner alleged in the information.

· Appeal from the County Court of Karnes. Tried below before the Hon. J. C. Wilson, County Judge.

The conviction was based upon an information which charged the appellant with disturbing a Sunday school congregation by loud and vociferous exclamations and swearing. The penalty assessed was a fine of twenty-five dollars.

Several witnesses for the State testified that they participated in the Sunday school exercises referred to in the information. They heard talking and laughing during those exercises, which proceeded from the rear of the church, and, they thought, from a bench occupied by the defendant and two others. None of the said witnesses heard any swearing, and, with a single exception, they all declined to testify that the defendant did, or participated in, the talking and laughing. The one witness referred to testified that he heard defendant speak once in a tone of voice somewhat higher than a whisper, but not so high as the ordinary key of conversation. Not one of the witnesses testified to loud and vociferous exclamations, uttered by defendant or other person.

*Charles H. Mayfield*, for the appellant.

*W. L. Davidson*, Assistant Attorney General, for the State.

White, Presiding Judge. This appeal is from a conviction for disturbing a Sunday school. It was alleged in the information that appellant disturbed the congregation "by loud and vociferous exclamations and swearing." The evidence wholly fails to support the manner of disturbance in either of the modes alleged. There was no loud and vociferous exclamation and no swearing proven. If any disturbance was created it was in a different manner from those alleged. Allegation and proof must correspond to warrant a conviction in all criminal cases.

Because the evidence is insufficient to sustain a convition for the offense alleged in the information, the judgment is reversed and the cause remanded.

*Reversed and remanded.*